No. 973.   LANE ET AL. *v.* HAYTIAN CORPORATION OF AMERICA.   May 26, 1941.   Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied.   *Mr. Sydney Krause* for petitioners.   *Mr. Henry M. Wise* for respondent.

No. 988.   NEW YORK & CUBA MAIL STEAMSHIP Co. *v.* CONTINENTAL INSURANCE Co.   May 26, 1941.   Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied.   *Messrs. Roscoe H. Hupper* and *Chauncey I. Clark* for petitioner.   *Messrs. Cletus Keating, Arthur M. Boal,* and *James H. Herbert* for respondent.

No. 928.   CUTLER MAIL CHUTE Co. *v.* CAPITAL MAIL CHUTE CORP.   May 26, 1941.   Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied.   *Mr. Carl P. Geopel* for petitioner.   *Mr. Robert I. Dennison* for respondent.

No. 931.   FRANKLIN LIFE INSURANCE Co. *v.* UNITED STATES.   May 26, 1941.   Petition for writ of certiorari to the Court of Claims denied.   *Mr. Warren W. Grimes* for petitioner.   *Solicitor General Biddle, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *Richard H. Demuth* for the United States.

No. 942.   VAUGHN ET UX. *v.* CONTINENTAL ROYALTY Co.   May 26, 1941.   Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied.   *Messrs.*